```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 00527
   JOSE G LUNA
                                           CHAPTER 13

                                           JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-9316
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/11/08 .

   2.  The case was dismissed without confirmation, 05/22/2008.

   3.  The Debtor paid a total of $   3000.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT BASED ASSET SVCD | CURRENT MORTG | .00 | .00 | .00 |
| CREDIT BASED ASSET SVCD | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MORTGAGE ELECTRONIC REG | SECURED | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | NOT FILED | .00 | .00 |

        Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, GARY L SHILTS            , was allowed $   3200.00
and was paid $   1270.00  direct and $   1930.00  through the plan.

The Trustee received $     118.83 .

Refunds to the Debtor totaled $    951.17 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/20/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE   2
  CASE NO. 08 B 00527 JOSE G LUNA
```